```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 22402
    FAYETTA CAIN
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-6397


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/06/2005 and was confirmed 08/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
ILLINOIS DEPT PUBLIC AID   UNSECURED        50694.04         .00        2338.74
DYNAMIC DENTAL SERVICES    UNSECURED        NOT FILED        .00            .00
ISAC                       UNSECURED        10135.47         .00         441.58
UNITED COLLECTIONS         UNSECURED          187.00         .00            .00
MACNEAL EMERGENCY PHYSIC   NOTICE ONLY      NOT FILED        .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED             .00         .00            .00
PEOPLES GAS/PEOPLES ENER   NOTICE ONLY      NOT FILED        .00            .00
PROVIDENT HOSPITAL         UNSECURED        NOT FILED        .00            .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED        .00            .00
SBC CORPORATION            NOTICE ONLY      NOT FILED        .00            .00
DIRECT LOANS BANKRUPTCY    UNSECURED         9423.11         .00         444.92
US DEPT OF EDUCATION       NOTICE ONLY      NOT FILED        .00            .00
DIRECT LOANS BANKRUPTCY    UNSECURED         4868.04         .00         210.70
ILLINOIS DEPT OF REVENUE   PRIORITY           94.39          .00          94.39
ILLINOIS DEPT OF REVENUE   UNSECURED           30.00         .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY      1,894.00                    1,894.00
TOM VAUGHN                 TRUSTEE                                        345.52
DEBTOR REFUND              REFUND                                          10.15

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              5,780.00

PRIORITY                                          94.39
SECURED                                             .00
UNSECURED                                      3,435.94
ADMINISTRATIVE                                 1,894.00
TRUSTEE COMPENSATION                             345.52
DEBTOR REFUND                                     10.15
                     ---------------        ---------------

             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 22402 FAYETTA CAIN
```

| | | |
|---|---|---|
| TOTALS | 5,780.00 | 5,780.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE